**FILED**

12/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0499

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0499

_____

IN RE THE MATTER OF THE ESTATE OF:

CAL R. NUNN,                                                          O R D E R

　　　　　Deceased.

_____

On September 5, 2023, Appellant filed a Notice of Appeal in this matter. In that Notice, Appellant asserted that transcripts had been ordered in accordance with M. R. App. P. 8(3). On October 24, 2023, the District Court record was filed in this Court. To date, no transcripts have been filed.

IT IS ORDERED that, on or before January 8, 2024, Appellant shall file a report on the status of this appeal. Failure to file a status report within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties and to court reporter Deidre Taber.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 7 2023